# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| CANDENCE FINCH; TEREASA FLANAGAN; SALLY GEORGE; CHRISTOPHER JUAREZ; KELLI MIMS; and JAMES SHANNON, <br><br> Plaintiffs, <br><br> - *against* - <br><br> EXECUTIVE COMMITTEE OF THE SOUTHERN BAPTIST CONVENTION; FOUNTAIN VALLEY BAPTIST CHURCH; FAITH BAPTIST CHURCH; AIRLINE BAPTIST CHURCH; and FIRST BAPTIST CHURCH, <br><br> Defendants. | Case No.: 2:23-cv-02820 <br><br> **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) CANDENCE FINCH; TEREASA FLANAGAN; SALLY GEORGE; CHRISTOPHER JUAREZ; KELLI MIMS; and JAMES SHANNON and or their counsel(s), hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendant(s) EXECUTIVE COMMITTEE OF THE SOUTHERN BAPTIST CONVENTION; FOUNTAIN VALLEY BAPTIST CHURCH; FAITH BAPTIST CHURCH; AIRLINE BAPTIST CHURCH; and FIRST BAPTIST CHURCH.[1]

---

[1] Plaintiffs previously moved to sever and dismiss four of five of the originally named Defendants pursuant to Fed. R. Civ. P 21. *See* ECF, Dkt. No. 41 (filed April 19, 2024). That motion should be regarded as moot.

| | |
|---|---|
| Dated: May 20, 2024 | /s/ Brett S. Bustamante<br>Brett S. Bustamante<br>NAPOLI SHKOLNIK PLLC<br>400 Broadhollow Rd., Suite 305<br>Melville, NY 11747<br>Telephone: (212) 397-1000<br>BBustamante@NapoliLaw.com<br>*Attorney for Plaintiffs Candence Finch; Tereasa Flanagan; Sally George; Christopher Juarez; Kelli Mims; and James Shannon* |

## CERTIFICATE OF SERVICE

I certify that on May 20, 2024, I electronically filed a true and correct copy of the **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** with the Clerk of Court for the U.S. District Court Western District of Tennessee, through the Court's Electronic Case Filing System, which will automatically serve all counsel of record.

/s/ Brett S. Bustamante
Brett S. Bustamante